UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| INDIAN PEAK PROPERTIES, LLC,, a Nevada corporation; LT-WR, LLC, a Nevada corporation and CALIFORNIA INTERNET HOLDINGS also known as CALIFORNIA INTERNET LP dba GEOLINKS<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RANCHO PALOS VERDES, a municipal corporation; CITY OF RANCHO PALOS VERDES PLANNING COMMISSION; CITY OF RANCHO PALOS VERDES CITY COUNCIL and DOES 1 to 20 INCLUSIVE,<br><br>Defendants. | Case No. 2:20-cv-00457 DSF (Ex)<br><br>**ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO JOINT STIPULATION FOR PAYMENT OF DEFENDANTS' FEES AND COSTS**<br><br>**Submit Date: August 28, 2020**<br>**Crtrm.:         7D**<br><br>Initial Expert Exchange: 07/15/2020<br>Rebuttal Expert Exchange: 08/15/2020<br>Discovery Cutoff:  09/29/2020<br>Motion Cutoff:     11/16/2020<br>Trial Date:        02/23/2021 |

Pursuant to the JOINT STIPULATION FOR PAYMENT OF DEFENDANTS' FEES AND COSTS AS CONDITION FOR DISMISSAL WITHOUT PREJUDICE, filed by Plaintiffs on August 28, 2020, the Court makes the following Order:

   1.   Defendants have notified this Court that the condition for voluntary

1. dismissal without prejudice has been satisfied by Plaintiffs.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the instant action, *Indian Peak Properties, LLC, et al. v. City of Rancho Palos Verdes, et al.*, United States Central District Case No. 2:20-cv-00457 DSF (Ex) is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: October 5, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

2
ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO JOINT STIPULATION FOR PAYMENT OF DEFENDANTS' FEES AND COSTS